**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1948**

In re:  KHADER KAMAL AZZOUZ; NANNETTE AZZOUZ,

        Debtors.

-----------------------------------------------------

KHADER KAMAL AZZOUZ; NANNETTE AZZOUZ,

        Plaintiffs - Appellees,

     v.

ANNAB, INC.,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:19-cv-01497-TSE-IDD)

Submitted:  August 6, 2021                     Decided:  August 12, 2021

Before WILKINSON and KEENAN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Craig M. Palik, MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH, P.A., Greenbelt, Maryland, for Appellant.  James P. Campbell, Matthew L. Clark, CAMPBELL

FLANNERY, P.C., Leesburg, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annab, Inc., appeals the district court's order affirming the bankruptcy court's order sustaining the Debtors' objection to Annab, Inc.'s, proof of claim in their bankruptcy proceeding. We have reviewed the record as well as the briefs submitted by the parties and we find no reversible error . Accordingly, we affirm for the reasons stated by the district court. *Azzouz v. Annab, Inc. (In re Azzouz)*, No. 1:19-cv-01497-TSE-IDD (E.D. Va. July 30, 2020) . We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*